UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GILES W. WITHERSPOON,<br>    Petitioner | :<br>:<br>: |
| v. | : CIVIL NO. 1:12-CV-0253 |
| COMMONWEALTH OF<br>PENNSYLVANIA, *et al.*,<br>    Respondents | :<br>:<br>:<br>: |

*O R D E R*

AND NOW, this 16th day of March, 2012, upon consideration of the report and recommendation of the magistrate judge (Doc. 4), filed February 10, 2012, to which no objections were filed, and upon independent review of the record, it is ordered that:

1. The magistrate judge's report is adopted.

2. The Clerk of Court shall transfer this case to the Eastern District of Pennsylvania.

　　　　　　　　　　　　　　　　　　  /s/ William W. Caldwell
　　　　　　　　　　　　　　　　　　 William W. Caldwell
　　　　　　　　　　　　　　　　　　 United States District Judge